Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Danny Luna

# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DANNY LUNA, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:16-cr-201 DAD<br><br>ORDER AUTHORIZING<br>THE FILING OF DOCUMENTS<br>UNDER SEAL<br><br>(Local Rule 141) |

The Court has received the Notice of Request to Seal Documents and Request to Seal Documents of Defendant DANNY LUNA.  Having reviewed the documents in question, the court finds they contain confidential, private and sensitive medical information.  Accordingly, and good cause appearing, the document captioned <u>Exhibit 1 Medical Records Filed Under</u>, attached as Exhibit "A" to the Request to Seal Documents, are ordered sealed and shall be filed and maintained under seal pending further order of this Court of the order of any higher Court having jurisdiction over the matter.

IT IS SO ORDERED.

Dated:  __July 26, 2022__

1 
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀UNITED STATES DISTRICT JUDGE