1  Carolyn D. Phillips,  #103045
   Attorney-At-Law
2  P.O. Box 5622
   Fresno, California  93755-5722
3  Telephone: (559)248-9833
   cdp18@sbcglobal.net

4
   Attorney for Petitioner Danny Luna
5

6              IN THE UNITED STATES DISTRICT COURT

7          FOR THE EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES,                    Case No. 1:16-cr-201 ADA/BAM
9
        *Plaintiff,*                 **DEFENDANT'S UNOPPOSED MOTION
                                     FOR AN ORDER EXTENDING THE
10                                   FILING DEADLINE FOR THE REPLY
        v.                           BRIEF FROM SEPTEMBER 1, 2022, TO
11                                   OCTOBER 3, 2022; ORDER**
   DANNY LUNA,
12
        *Defendant.*
13  ─────────────────────────────

14        Defendant Luna through counsel, requests a thirty-day extension of time within

15  which to file a reply to the government's opposition to his Motion for Sentence

16  Reduction.  The reply brief is currently due September 1, 2022.

17        In its brief in opposition, the government argued that Mr. Luna had failed to

18  exhaust his administrative remedies prior to filing his *pro se* Motion for Sentence

19  Reduction under 18 U.S.C. § 3582(c)(1)(A), on February 7, 2022.  Doc. 58.  Specifically,

20  the government stated that BOP had searched for "any request for compassionate

21  release submitted by Luna at Terminal Island (where Luna was housed until May 31,

22  2022) or Victorville (where Luna is currently housed)" without locating any request

23  from Mr. Luna.  See Doc. 58 at p. 3.

                                                                              1

1    Mr. Luna has declared in his pro se motion that he had submitted a written

2 request for compassionate release to the Warden of Terminal Island over thirty days

3 prior to filing his motion February 7, 2022.  Doc. 42 at p. 3.  Following the government's

4 opposition brief, Mr. Luna confirmed he had submitted a request to Warden Felicia

5 Ponce in late October or November 2021, and the Warden had failed to respond.  Mr.

6 Luna is temporarily housed at USP Victorville and cannot access his legal files to find

7 proof of his written request to the warden.  He expects to be transferred to the intended

8 designated BOP facility within the next thirty days.

9    The government does not oppose defendant's request for a thirty-day

10 enlargement of time to file a reply.

11    Dated:  August 30, 2022                          Respectfully submitted,

12

13                                                                 Carolyn D. Phillips
                                                                   CAROLYN D. PHILLIPS
                                                                   Attorney for Defendant
14                                                                 DANNY LUNA

15

16

17

18

19

20

21

22

23

2

1

**ORDER**

2

3

4
It is the Order of this Court that the filing deadline of September 1, 2022, for defendant to

file a reply brief shall be extended to **October 3, 2022**.

5

6

7

8
IT IS SO ORDERED.

Dated:     August 31, 2022

UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

3

1

2      COURT:        UNITED STATES DISTRICT COURT FOR THE EASTERN
                     DISTRICT OF CALIFORNIA, FRESNO

3      CASE:         *United States v. Danny Luna*

       CASE NO:      1:16-cr-00201  ADA

4

5

6      I hereby certify that I electronically filed the foregoing with the Clerk of the Court

7      for the United States Court of Appeals for the Ninth Circuit by using the district court's

       electronic filing system on August 30, 2022.

8

9      Participants in the case who are registered CM/ECF users will be served by the

10     district court's electronic filing system.

11

       I further certify that one of the participants in the case is not a registered ECF user. I

12     have mailed the foregoing document by First Class Mail, postage prepaid to:

13

                               Danny Luna, Fed. Reg. 46901-208
14                                  FCI Victorville Medium II
                                 Federal Correctional Institution
15                                        P.O. Box 3850
                                       Adelanto, CA 92301
16

17

18
                                      /s/ Carolyn D. Phillips
19

20

21

22

23
                                                                                    4