Carolyn D. Phillips,  #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant DANNY LUNA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-201 DAD-BAM |
| *Plaintiff,* | MOTION TO TERMINATE CJA APPOINTMENT OF CAROLYN PHILLIPS AS ATTORNEY OF RECORD AND ORDER |
| v. | |
| DANNY LUNA, | |
| *Defendant.* | |

On October 11, 2018, DANNY LUNA was sentenced to 157 months of imprisonment, and 60 months of supervision for admitted violations of 21 U.S.C. §§841(a)(1), possession with intent to distribute methamphetamine and distribution of methamphetamine.  On April 5, 2022, the Court appointed undersigned counsel to represent Mr. Luna on a motion for compassionate release.  ECF 45.

A Supplement in Support of Motion for Sentence Rection Under 18 U.S.C. § 3582(c)(1)(A) was prepared and filed with the Court July 25, 2022.  ECF 52.  The Government filed an opposition to defendant's motion August 18, 2022 (ECF 58), and defendant filed a Reply February 1, 2023 (ECF 71).  The Court denied defendant's

*U.S. v. Luna -  Motion to Terminate CJA Appointment*

1

Motion October 27, 2025.  (ECF 76).

      Having completed her representation of Mr. Luna, CJA attorney Carolyn Phillips now moves to terminate her appointment under the Criminal Justice Act.

      Should Mr. Luna require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (855)656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  November 23, 2025                          Respectfully submitted,

                                            /s/ Carolyn D. Phillips
                                            Carolyn D. Phillips
                                            Attorney for Defendant
                                            DANNY LUNA

ORDER

Having reviewed the notice and found that attorney Carolyn Phillips has completed the services for which she was appointed, the Court hereby grants attorney Phillips's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (855)656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

The Clerk of Court is directed to serve a copy of this order on Defendant Cornelius at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Danny Luna
9779 Almeria Avenue
Fontana, CA  92335

IT IS SO ORDERED.

Dated:  **November 24, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

*U.S. v. Luna - Motion to Terminate CJA Appointment*

3